


ORIGINAL

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

February 15, 2008

**BY FACSIMILE AND MAIL**
Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

> Request GRANTED. The time for respondent to respond or otherwise move with respect to the petition in this action is extended to 4-25-08.
>
> SO ORDERED.
>
> 2-15-08
> DATE   VICTOR MARRERO, U.S.D.J.

Re: Edwards v. Superintendent Marshall, 07-Civ. 9262 (VM)

Your Honor:

I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced habeas corpus proceeding. I respectfully request an extension of time to respond to the petition for a writ of habeas corpus from February 22, 2008 to April 25, 2008.

In Your Honor's Order, dated January 17, 2008, you ordered that my office file its response by February 22, 2008. Upon receiving the order, respondent requested a copy of the state record, including the transcripts in this case. However, respondent has not yet received the record or transcripts. Therefore, respondent respectfully requests an extension of time to April 25, 2008, in order to obtain and review the record and transcripts and to prepare a thorough response to the petition. This is respondent's first request for an extension.

I thank the Court for its consideration in this matter.

Respectfully submitted,

Priscilla Steward (PS1931)
Assistant Attorney General
(212) 416-8737

cc:   Eric Edwards
      Sing Sing Correctional Facility
      354 Hunter Street
      Ossining, New York 10562-5442

120 BROADWAY, NEW YORK N.Y. 10271 • PHONE (212) 416-8750 • FAX (212) 416-8026 • NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US