USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

ORIGINAL

Eric Edwards # 01-A6064
Sing Sing Corr. Facility
354 Hunter Street
Ossining New York 10562

May 7, 2008

Hon. Victor Morrero
United States District Judge
United States Court House
500 Pearl ST. Room 660
New York N.Y 10007

        Re: Edwards v. Superittendant Marshall
        07-Civ.9262(VM)

Your Honor:

  I'm writing to respectfully request a extention of time for on or about Augst 7, 2008 inorder to respond to respondent's opposition to the petitioner's Writ of Habeas Corpus.

  I thank the court in advance for it's consideration in this matter.

               Respectfully Submitted

               *Eric Edwards*

               Pro SE Petitioner

cc: Priscilla Steward
   Assistant Attorney General
   120 Broadway
   New York N.Y 10271

---

Request GRANTED. The time for *petitioner* to *file a reply* with respect to the petition in this action is extended to *8-7-08*.

SO ORDERED.

*5-13-08*
DATE        VICTOR MARRERO, U.S.D.J.