```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08
```

Eric Edwards # 01-A-6064
Sing Sing Corr. Fac.
354 Hunter Street
Ossining New York 10562-5442

July 21,2008

Hon. Victor Marrero
United States Distrct Judge
United States Court House
500 Pearl Street Rm. 660
New York New York 10007

                    Re: Edwards v. Superintendant Marshal
                    07-Civ.9262 (V.M)

Your Honor;

    I'm writing to respectfully request an additional extention of time until September 4,2008 to file a traverse to the respondant;s answer to petitioner's Writ of Habeas Corpus.

    I would like to yhank the court in advance for it's time in this matter.

CC; Priscilla Steward
    Assistant Attorney General
    120 Broadway
    New York N.Y 10271

Respectfully Submitted
*Eric Edwards*
Pro Se. Petitioner

---

*Request GRANTED. The time for petitioner herein to reply to respondent's opposition to the petition is extended to 9-4-08. No further extensions will be considered.*

SO ORDERED:
7-24-08
DATE — VICTOR MARRERO, U.S.D.J.